JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVON PUGH,<br><br>        Petitioner,<br><br>    vs.<br><br>B.M. CASH, Warden,<br><br>        Respondent. | Case No. CV 10-4463-BRO (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: October 15, 2013

BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE